THOMAS COHN *v.* PETER R. JOHL

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Peter R. Johl,* pro se, in support of the petition.

Decided December 20, 1990

RALPH ESPOSITO ET AL. *v.* DANIEL V. PRESNICK

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Daniel V. Presnick,* pro se, in support of the petition.

*D. Kirt Westfall,* in opposition.

Decided December 20, 1990

MAXINE GAUDIO *v.* ARTHUR GAUDIO ET AL.

The defendant Frank Eannelli's petition for certification for appeal from the Appellate Court, 23 Conn. App. 287, is denied.

*Pat Labbadia III,* in support of the petition.

*Gina A. Pasquini,* in opposition.

Decided December 20, 1990

RICHARD K. KLAUS *v.* METCALFE
GLASS COMPANY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 822, is denied.

*Timothy Brignole,* in support of the petition.

*Robert C. Danaher,* in opposition.

Decided December 20, 1990